UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                  Case No.: 13-15583-RAM

Maria Teresa Trujillo,                                          Chapter 13

      Debtor.
_____/

## OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE OF BAYVIEW LOAN SERVICING, LLC.

**COMES NOW** the Debtor, Maria Teresa Trujillo, by and through his undersigned counsel and objects to the Notice of Mortgage Payment Change of Bayview Loan Servicing, LLC., hereinafter referred to as "Creditor" and as grounds therefore would show:

1. The Creditor filed a Notice of Payment Change on March 18, 2016 alleging a new total payment effective May 1, 2016 in the amount of $2,682.47.

2. The Debtor filed the instant bankruptcy on or about March 12, 2013. On or about July 31, 2013 former Creditor, Chase, filed a proof of claim reflecting that the regular monthly mortgage payment was $2,128.60, which took into account a Homeowner's Insurance Policy with a premium in the amount of $5,108.00 and County property taxes in the amount of $6,663.63.

3. The proof of claim filed by Creditor's predecessor reflects an escrow shortage through March, 2013 in the amount of $38,240.96.

4. Since the filing of the bankruptcy, the Notice of Payment Change reflects

the Homeowner's Insurance premium has been reduced to $3,411.00 and the County property tax is expected to be $6,847.99.

5.     The Debtor has incurred reasonable attorneys' fees in bringing and prosecuting the instant Objection.

**WHEREFORE**, for the above reasons Debtor prays this Honorable Court sustain the instant objection to the Creditor's Notice of Mortgage Payment Change filed on March 18, 2016 and determine the regular monthly payment should be reduced to $2,002.57.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of this **Objection to Notice of Mortgage Payment Change along with the accompanying Notice of Hearing** was served on this 29th day March, 2016 to **Nancy N. Neidich, Esq. Trustee**, (via NEF), **Bayview Loan Servicing, LLC., Attn: Nicole Mariani Noel, Esq.** via NEF, via email to nmnoel@kasslaw.com, and to 1505 N. Florida Ave. Tampa, FL 33602-2613. and to the **Debtor** via U.S. mail.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1-A.

_/s/ Laila Gonzalez_
FREIRE & GONZALEZ, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN:0813771
[/] Laila S. Gonzalez, Esq. FBN:0975291
[ ] Gianny Blanco, Esq., FBN: 0078080
10647 N Kendall Drive
Miami, FL 33176
Tel: (305) 826-1774
Fax: (305) 826-1794
courtdoc@fgbkc.com