

ORDERED in the Southern District of Florida on June 14, 2016.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re

Maria Teresa Trujillo

                                  CHAPTER    13
                                  CASE NO.    13-15583-RAM

      Debtor
_____/

**AGREED ORDER SUSTAINING IN PART DEBTOR'S OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE (DE#77)**

THIS CASE is before the Court on the Debtor's Objection to Notice of Mortgage Payment Change (DE#77) of BAYVIEW LOAN SERVICING, LLC ("Creditor"). By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly, it is

ORDERED as follows:

1.      The Debtor's Objection is sustained in part as further set forth below.

      2.       The Amended Notice of Payment Change filed on June 8, 2016 is allowed as filed. The current monthly payment amount is $2,002.55 pursuant to the Amended Notice.

      3.       Notwithstanding the Parties' agreement, Creditor, BAYVIEW LOAN SERVICING, LLC , shall pay attorney's fees in the amount of $350.00 to counsel for Debtor, Freire & Gonzalez, PA, within fourteen (14) days from the date of this Order, and shall send payment to the following address:

      Freire & Gonzalez, PA

      10647 N Kendall Drive,

      Miami, FL 33176

###

Prepared and Submitted By:
Nicole Mariani Noel
Florida Bar No. 69883
Kass Shuler, P.A.
1505 N. Florida Ave.
Tampa, FL  33602-2613
nmnoel@kasslaw.com
812-229-0900

The foregoing is directed to serve copies of this Order upon the interested parties and file a Certificate of Service with this court.